UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER KIRK NICKLESS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-8104** |
| **BURL CAIN, WARDEN** | **SECTION: "S" (6)** |

## ORDER

The court has considered the petition, the record, the applicable law, the Report and Recommendation and the Supplemental Report and Recommendation of the magistrate judge, and the failure to file an objection to the Supplemental Report and Recommendation. The court approves the recommendation of the magistrate judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that the petition of Walter Kirk Nickless for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DENIED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.

New Orleans, Louisiana, this 9th day of September, 2009.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**